4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARZELL PATTERSON,

      Defendant.

_____/

Case: 2:21-cr-20585
Judge: Goldsmith, Mark A.
MJ: Stafford, Elizabeth A.
Filed: 09-14-2021 At 03:57 PM
INDI USA V. PATTERSON (DA)

Violations:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 3147

## **INDICTMENT**

THE GRAND JURY CHARGES:

## **COUNT ONE**
### **18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm**

On or about August 26, 2021, in the Eastern District of Michigan, the defendant, Marzell Patterson, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm—that is, a Diamondback model DB10 .308 caliber rifle, which had previously traveled in and affected interstate commerce—in violation of 18 U.S.C. § 922(g)(1).

## ADDITIONAL SENTENCING ENHANCEMENT
### 18  U.S.C. § 3147 – Penalty for
### offense committed while on release

At the time of the offense charged in Count One of this

Indictment, the defendant, Marzell Patterson, was on release under

Title 18, United States Code, Chapter 207, in the federal criminal case

of *United States v. Patterson et al.*, Case No. 20-cr-20324, in the Eastern

District of Michigan.

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Indictment are

hereby realleged for purposes of alleging forfeiture pursuant to 18

U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense set forth in Count One, the

defendant, Marzell Patterson, shall forfeit to the United States any

firearms and ammunition involved in or used in any knowing violation

of 18 U.S.C. § 922(g).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney


*s/ Benjamin C. Coats*
BENJAMIN C. COATS
Chief, Major Crimes


*s/ Jessica V. Currie*
JESSICA V. CURRIE
Assistant United States Attorney

Dated: September 14, 2021

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove~** | Case: 2:21-cr-20585<br>Judge: Goldsmith, Mark A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 09-14-2021 At 03:57 PM<br>INDI USA V. PATTERSON (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple~

| **Companion Case Information** | **Companion Case Number:** 20-cr-20324 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** George Caram Steeh |
| ☒ Yes        ☐ No | **AUSA's Initials:** JVC |

**Case Title:** USA v.  D-1 MARZELL PATTERSON

**County where offense occurred :**  Macomb

**Check One:**        ☒ Felony              ☐ Misdemeanor              ☐ Petty

_____Indictment/_____Information --- **no** prior complaint.
__✓__Indictment/_____Information --- based upon prior complaint [Case number: 21-mj-30408                    ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 14, 2021
Date

*Jessica V. Currie*

Jessica V. Currie
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 810-252-7546
Fax:   313-226-2372
E-Mail address: jessica.currie@usdoj.gov
Attorney Bar #:  P74213

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.